**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 24-cr-171-BAH** |
| | : | |
| **v.** | : | |
| | : | **VIOLATION:** |
| **JAMES STYNER** | : | |
| **Defendant** | : | **18 U.S.C. § 2422(b)** |
| | : | **Coercion and Enticement of a Minor** |
| | : | |
| | : | **18 U.S.C. § 2252(a)(2) & (b)(1)** |
| | : | **(Distribution of Child Pornography)** |
| | : | |
| | : | **18 U.S.C. § 2252(a)(2) & (b)(1)** |
| | : | **(Receipt of Child Pornography)** |

**INFORMATION**

The United States Attorney charges that:

**COUNT ONE**

Between on or about September 6, 2023, and on or about September 29, 2023, in the District of Columbia and elsewhere, the defendant, **JAMES STYNER**, using any facility or means of interstate and foreign commerce, knowingly attempted to persuade, induce, entice, and coerce any individual who has not attained the age of 18 years old, to wit, **MINOR VICTIM 1**, to engage in any sexual activity for which any person can be charged with a criminal offense.

**(Coercion and Enticement,** in violation of Title 18, United States Code, Section 2422(b).

**COUNT TWO**

Between on or about October 18, 2022, and on or about October 10, 2023, within the Central District of California and elsewhere, the defendant**, JAMES STYNER**, did knowingly

distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that has been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor, to wit, **MINOR VICTIM 12**, engaging in sexually explicit conduct and such visual depiction is of such conduct.

(**Distribution of Child Pornography**, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1))

## COUNT THREE

Between on or about June 14, 2023, and on or about July 30, 2023, within the Central District of California and elsewhere, the defendant**, JAMES STYNER**, did knowingly receive any visual depiction, using any means and facility of interstate and foreign commerce, and that has been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor, to wit, **MINOR VICTIM 3,** engaging in sexually explicit conduct and such visual depiction is of such conduct.

(**Receipt of Child Pornography**, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1))

## COUNT FOUR

Between on or about July 8, 2023, and on or about August 3, 2023, within Central District of California and elsewhere, the defendant**, JAMES STYNER**, did knowingly receive any visual depiction, using any means and facility of interstate and foreign commerce, and that has been shipped and transported in and affecting interstate and foreign commerce, by any means, including

by computer, and the production of such visual depiction involved the use of a minor, to wit, **MINOR VICTIM 7**, engaging in sexually explicit conduct and such visual depiction is of such conduct.

(**Receipt of Child Pornography**, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1))

## COUNT FIVE

Between on or about August 6, 2023, and on or about August 29, 2023, within the Central District of California and elsewhere, the defendant**, JAMES STYNER**, did knowingly receive any visual depiction, using any means and facility of interstate and foreign commerce, and that has been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor, to wit, **MINOR VICTIM 8**, engaging in sexually explicit conduct and such visual depiction is of such conduct.

(**Receipt of Child Pornography**, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1))

## FORFEITURE NOTICE

1. Upon conviction of the offenses alleged in Count One through Five of this Information, the defendant, **JAMES STYNER**, shall forfeit to the United States: (1) any visual depictions described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of the United States Code; (2) any property, real or personal, constituting or

traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, pursuant to Title 18, United States Code, Section 2253.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. Section 853(p).

(**Criminal Forfeiture,** pursuant to Title 18, United States Code, Section 2253 and Title 21, United States Code, Section 853(p))

Respectfully submitted,

EDWARD MARTIN
United States Attorney
D.C. Bar No. 481866

By: _____/s/_____________________
Jocelyn Bond
Assistant United States Attorney
Bar No. 1008904
601 D Street, NW,
Washington, DC 20530
Jocelyn.Bond@usdoj.gov
(202) 809-0793